Lawrence R. Boivin, Esq.
CA Bar No. 97434
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
(714) 481-9100 / FAX (714) 481-9144
File No. 12-03359

Attorneys for Secured Creditor
NATIONAL RESIDENTIAL ASSETS CORP.

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF CALIFORNIA
### SANTA ROSA DIVISION

In Re,

SHERRILL F YURTH AND JACQUELINE P YURTH,

Debtor(s).

BK No.: 12-11464-AJ

Chapter 13

**REQUEST FOR SPECIAL NOTICE**

TO THE CLERK OF THE U.S. BANKRUPTCY COURT, THE DEBTOR(S), THE ATTORNEY OF RECORD, THE TRUSTEE, AND TO ALL PARTIES IN INTEREST.

PLEASE TAKE NOTICE that pursuant to the United States Bankruptcy Code and Bankruptcy Rules, Secured Creditor, NATIONAL RESIDENTIAL ASSETS CORP., requests that all notices given in this case and all papers served or required to be served in this case (including, but not limited to, Notice for Meeting of Creditors, Dismissal Order, Discharge Order and Trustee's No-Asset Report), be given to and served upon the undersigned at the following address and telephone number.

Lawrence R. Boivin, Esq.
MILES, BAUER, BERGSTROM & WINTERS, LLP
1231 E. Dyer Road, Suite 100
Santa Ana, CA 92705
PH (714) 481-9100

Dated: 6/5/2012

MILES, BAUER, BERGSTROM & WINTERS, LLP

By: /s/ Lawrence R. Boivin
Lawrence R. Boivin, Esq.
Attorney for Secured Creditor

(12-03359/ndrfsn.dot/lkh)